NORGAARD O'BOYLE
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
*Attorneys for Debtor*

By:    Jaclynn McDonnell, Esq.
         JM – 3123

---

In re:

David L. Wecht,

                    Debtor .

---

:    UNITED STATES BANKRUPTCY COURT
     FOR THE DISTRICT OF NEW JERSEY
:              NEWARK VICINAGE

:
     Chapter 13

:
     Case No. 19-12596(JKS)


**NOTICE OF VOLUNTARY CONVERSION OF CHAPTER 13 TO CHAPTER 7**


The debtor herein, David L. Wecht, request that Case No. 19-12596 be converted from Chapter 13 to Chapter 7 and that an Order be entered directing that same be converted.


                              NORGAARD O'BOYLE
                              Attorneys for the Debtor


                              By /s/ *Jaclynn McDonnell, Esq.*
                                 Jaclynn McDonnell, Esquire

Dated: 04/15/19