| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | David L Wecht<br>First Name    Middle Name    Last Name | Social Security number or ITIN: | xxx–xx–6966 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    2/7/19 |
| Case number: | 19–12596–JKS | Date case converted to chapter: | 7    4/15/19 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at    www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | David L Wecht | |
| **2.** | **All other names used in the last 8 years** | dba David L. Wecht, Esq., LLC | |
| **3.** | **Address** | 82 Susan Dr<br>Closter, NJ 07624–2315 | |
| **4.** | **Debtor's attorney**<br>Name and address | Cassandra C. Norgaard<br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ 07631 | Contact phone 201–871–1333 |
| **5.** | **Bankruptcy trustee**<br>Name and address | David Wolff<br>Law Offices of David Wolff LLC<br>396 Route 34<br>Matawan, NJ 07747 | Contact phone 732–566–1189 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 973–645–4764<br><br>Date: 4/18/19 |
| **7.** **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **May 23, 2019 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the US Trustee, 1085 Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102–5504** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 7/22/19** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at <u>www.pacer.gov</u>. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-12596-JKS
David L Wecht                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Apr 18, 2019
                              Form ID: 309A            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.
```
db              David L Wecht,    82 Susan Dr,    Closter, NJ 07624-2315
aty            +Jaclynn McDonnell,    Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631-3578
518016060       Active Orthopedics,    25 Prospect Ave,    Hackensack, NJ 07601-1960
518016063       Anesthesia & Pain Mgmt Group,    c/o Frost-Arnett Company,    1327 E Broadway St # B,
                 Campbellsville, KY 42718-1599
518016064       Anthony J. Sylvester, Esq.,    Riker, Danzig, Scherer, Hyland & Perritt,    1 Speedwell Ave,
                 Morristown, NJ 07960-6838
518016065       Associated Credit Services Inc.,    115 Flanders Rd Ste 140,    Westborough, MA 01581-1087
518016067       Chase Auto,    PO Box 901003,    Fort Worth, TX 76101-2003
518135752      +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
518016069       Chicago Title Insurance Company,    601 Riverside Ave Bldg 5,    Jacksonville, FL 32204-2945
518016070       David A. Niles, Esq.,    Fidelity National Law Group,    105 Eisenhower Pkwy Ste 103,
                 Roseland, NJ 07068-1640
518016073       GEM Recovery Systems,    PO Box 85,    Emerson, NJ 07630-0085
518016074       Hudson Crossing Surgery Center,    2 Executive Dr,    Fort Lee, NJ 07024-3308
518016077       JP Morgan Chase Bank,    600 Community Dr,    Manhasset, NY 11030-3802
518016076       Jaclyn Wecht,    82 Susan Dr,    Closter, NJ 07624-2315
518016078       Judy Hages,    c/o Law Offices of Michael F. Rehill,    345 Kinderkamack Rd,
                 Westwood, NJ 07675-1600
518016079      +KeyMed Data Services,    PO Box 102607,    Atlanta, GA 30368-2607
518016081       LX Financial,    c/o Raphael M. Rosenblatt, Esq. Rosenbla,    21 Main Street Court Plz S Ste 305,
                 Hackensack, NJ 07601
518016080       Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
518037400      +NVE BANK,    C/O GEM RECOVERY SYSTEMS,    800 KINDERKAMACK ROAD SUITE 206N,
                 ORADELL, NJ 07649-1554
518016082       NVE Bank,    76 Engle St,    Englewood, NJ 07631-2905
518016083       NYS Dept of Soc Serv.-Child Support,    11 New Hempstead Rd,    New City, NY 10956-3664
518016084       Orange and Rockland Utilities,    666 3rd Ave,    New York, NY 10017-4011
518016085       Premier Medical Alliance,    466 Old Hook Rd Ste 1,    Emerson, NJ 07630-1368
518016086       Ready Refresh by Nestle,    6661 Dixie Hwy Ste 4,    Louisville, KY 40258-3950
518016087       Rocco Sconzo, Court Officer,    PO Box 871,    Saddle Brook, NJ 07663-0871
518016088       Rubin & Rothman,    1787 Veterans Hwy Ste 32,    Islandia, NY 11749-1500
518016089      #Solomon and Solomon, PC,    5 Columbia Cir,    Albany, NY 12203-5180
518016090       State of New Jersey Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269
518016091       The Physical Medicine and Rehab Center,    500 Grand Ave Ste 100,    Englewood, NJ 07631-4968
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: cnorgaard@norgaardfirm.com Apr 18 2019 23:23:43     Cassandra C. Norgaard,
                 Norgaard O'Boyle,    184 Grand Avenue,    Englewood, NJ 07631
tr             +EDI: BDWOLFF.COM Apr 19 2019 03:13:00     David Wolff,    Law Offices of David Wolff LLC,
                 396 Route 34,    Matawan, NJ 07747-7115
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 18 2019 23:24:13     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 18 2019 23:24:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518016061       EDI: URSI.COM Apr 19 2019 03:13:00     Alltran Financial LP,    PO Box 722929,
                 Houston, TX 77272-2929
518016062       EDI: RMCB.COM Apr 19 2019 03:13:00     American Medical Collection Agency,
                 4 Westchester Plz Ste 110,    Elmsford, NY 10523-1615
518140972       EDI: RESURGENT.COM Apr 19 2019 03:13:00     Ashley Funding Services LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518016066       EDI: CAPITALONE.COM Apr 19 2019 03:13:00     Capital One Bank USA NA,    PO Box 85015,
                 Richmond, VA 23285-5015
518067295      +EDI: AIS.COM Apr 19 2019 03:13:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518016068       EDI: CHASE.COM Apr 19 2019 03:13:00     Chase Card,    PO Box 15298,
                 Wilmington, DE 19850-5298
518016071       EDI: DISCOVER.COM Apr 19 2019 03:13:00     Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850-5316
518027069       EDI: DISCOVER.COM Apr 19 2019 03:13:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
518016075       EDI: IRS.COM Apr 19 2019 03:13:00     IRS-Centralized Insolvency Operations,    PO Box 7346,
                 Philadelphia, PA 19101-7346
518065499      +EDI: CAUT.COM Apr 19 2019 03:13:00     JPMorgan Chase Bank, N.A.,    PO Box 29505 AZ1-1191,
                 Phoenix, AZ 85038-9505
518016092       EDI: TFSR.COM Apr 19 2019 03:13:00     Toyota Motor Credit Coporation,    19001 S Western Ave,
                 Torrance, CA 90501-1106
518064323       EDI: BL-TOYOTA.COM Apr 19 2019 03:13:00     Toyota Motor Credit Corporation,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518166743      +EDI: AIS.COM Apr 19 2019 03:13:00     Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Apr 18, 2019
                              Form ID: 309A            Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518152659      +EDI: WFFC.COM Apr 19 2019 03:13:00      Wells Fargo Bank, N.A.,   Attention Payment Processing,
                 MAC# F2302-04C,   1 Home Campus,    Des Moines, Iowa 50328-0001
518016093       EDI: WFFC.COM Apr 19 2019 03:13:00      Wells Fargo Home Mortgage,   PO Box 10335,
                 Des Moines, IA   50306-0335
                                                                                              TOTAL: 19

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518016072    ##+Emergency Physicians of Englewood, PC,   PO Box 3266,   Indianapolis, IN 46206-3266
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
          Cassandra C. Norgaard    on behalf of Debtor David L Wecht cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
           njbankruptcynotifications@logs.com
          Christopher J. Balala    on behalf of Creditor    Chicago Title Insurance Company
           christopher.balala@fnf.com,
           ecfbkfilings@scuramealey.com;dsklar@scuramealey.com;ascolavino@scuramealey.com;dmedina@scura.com
          David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
          David A. Niles    on behalf of Creditor    Chicago Title Insurance Company david.niles@fnf.com
          Jaclynn McDonnell    on behalf of Debtor David L Wecht jmcdonnell@norgaardfirm.com,
           sferreira@norgaardfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```